IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Glenn Silbaugh, | CASE NO. 1:17-cv-01993-PAG |
| Plaintiff, | JUDGE PATRICIA A. GAUGHAN |
| vs. | |
| AGR Group, LLC, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. CIV. R. 41(a)(1)(A)** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Glenn Silbaugh, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, against the Defendant, AGR Group, LLC.

Respectfully submitted,

  */s/Frank A. Bartela*
Patrick J. Perotti, Esq. (#0005481)
Nicole T. Fiorelli, Esq. (#0079204)
Frank A. Bartela, Esq. (#0088128)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391    (440) 352-3469 Fax
Email:  *pperotti@dworkenlaw.com*
         *nfiorelli@dworkenlaw.com*
         *fbartela@dworkenlaw.com*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 11, 2017, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                       /s/ Frank A. Bartela
                                                       Frank A. Bartela, Esq. (#0088128)
                                                       DWORKEN & BERNSTEIN CO., L.P.A.

                                                       *Attorney for Plaintiff Glenn Silbaugh*