IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Glenn Silbaugh,<br><br>    Plaintiff,<br><br>  vs.<br><br>AGR Group, LLC,<br><br>    Defendant. | CASE NO. 1:17-cv-01993-PAG<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. CIV. R. 41(a)(1)(A)** |

So Ordered.
/s/ Patricia A. Gaughan
12/12/17

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Glenn Silbaugh, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, against the Defendant, AGR Group, LLC.

Respectfully submitted,

  */s/Frank A. Bartela*
Patrick J. Perotti, Esq. (#0005481)
Nicole T. Fiorelli, Esq. (#0079204)
Frank A. Bartela, Esq. (#0088128)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391    (440) 352-3469 Fax
Email:  *pperotti@dworkenlaw.com*
         *nfiorelli@dworkenlaw.com*
         *fbartela@dworkenlaw.com*